B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re  Glenn Seiden                              ,          Case No.  14-32989
_____
            *Debtor*                                        Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 1,200,000.00 | | |
| B - Personal Property | Yes | 16 | $401,500.69* | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 920,937.42** | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 19,887.16*** | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 97,195.88**** | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 20,757.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ 17,782.00 |
| TOTAL | | 34 | $ 1,601,500.69* | $ 1,038,020.40**** | |

\*plus undetermined amounts

\*\*plus unknown and undetermined amounts

\*\*\*plus unknown amounts

\*\*\*\*plus undetermined and disputed amounts

B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In re  Glenn Seiden ,                                  Case No.  14-32989

*Debtor*                                                Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6A (Official Form 6A) (12/07)

In re   Glenn Seiden                                    ,          Case No.          14-32989
                    **Debtor**                                                        **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Principal residence:  2050 Clavey Road, Highland Park, IL<br><br>For Legal Description, see Rider to Schedule A attached hereto | Tenancy by the Entirety | | 1,200,000.00 | 900,000.00 |
| | | Total▶ | 1,200,000.00 | |

(Report also on Summary of Schedules.)

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE A
## REAL PROPERTY

Mr. Seiden owns a one-half tenancy by the entirety interest in the residence located at 2050 Clavey Road, Highland Park, Illinois the legal description of which is as follows:

> LOT 21 IN FORESTWOOD SUBDIVISION, BEING A SUBDIVISION OF PARTS OF SECTION 34, TOWNSHIP 43 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED MAY 1, 1962 AS DOCUMENT 1146678, IN BOOK 37 OF PLATS, PAGE 34, IN LAKE COUNTY, ILLINOIS

The other one-half tenancy by the entirety interest is owned by the Debtor's non-filing spouse, Rochelle Jo Seiden.

See also Schedules C and D.

B 6B (Official Form 6B) (12/07)

In re  Glenn Seiden                                    ,            Case No.  14-32989
                    **Debtor**                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | 100.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | See Rider to Schedule B-2 attached hereto | | 56,679.69 plus unknown amounts |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See Rider to Schedule B-4 attached hereto | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | See Rider to Schedule B-5 attached hereto | | |
| 6. Wearing apparel. | | Debtor owns a normal men's wardrobe. | | |
| 7. Furs and jewelry. | | Debtor owns nine (9) watches. | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | See Rider to Schedule B-8 attached hereto. | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Rider to Schedule B-9 attached hereto. | | 72,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Glenn Seiden                                     ,        Case No.  14-32989
              **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | See Rider to Schedule B-12 attached hereto. | | 272,621.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% interest in Seiden Law Group, P.C. and 50% interest in Seiden Netzky Law Group, LLC, both of which are located at 115 South LaSalle Street, Suite 2600, Chicago, IL | | undetermined |
| 14. Interests in partnerships or joint ventures.  Itemize. | | 50% interest in GTMJV, a joint venture with others | | 100.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A − Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | See Rider to Schedule B-21 attached hereto. | | undetermined |

B 6B (Official Form 6B) (12/07) -- Cont.

In re   Glenn Seiden                                    ,          Case No.   14-32989
                    **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | | See Rider to Schedule B-23 attached hereto. | | undetermined |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Rider to Schedule B-25 attached herto. | | undetermined |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See Rider to Schedule B-28 attached hereto. | | undetermined |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | See Rider to Schedule B-35 attached hereto. | | undetermined |

                                                    __2__ continuation sheets attached      Total▶      $          401,500.69*
                                                    (Include amounts from any continuation
                                                    sheets attached.  Report total also on
                                                    Summary of Schedules.)

                                                    **\*plus undetermined amounts**

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

<u>**RIDER TO SCHEDULE B-2**</u>
<u>**CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS**</u>

Mr. Seiden has an ownership interest in the following accounts:

| Description/Location | Type/interest | Last four Digits of Account Number | Total Amount |
|---|---|---|---|
| Alliant Credit Union<br>233 S. Wacker Dr.<br>Chicago, IL 60606 | One-half joint tenancy interest with spouse | xxxxx3734 | $ 4,100.00 |
| Fidelity Investments | One-half joint tenancy interest with spouse | xxx-xx4171 | $ 17,637.00 |
| Morgan Stanley Active Assets<br>111 South Arlington<br>Deerfield, Illinois 60015 | One-half joint tenancy interest with spouse | xxx-xxxxxx-347 | $ 3,000.00 |
| Bank of America<br>135 South LaSalle Street<br>Chicago, Illinois 60604 | Checking Account full ownership interest | xxxxxx0366 | $ 276.00 |
| Bank of America<br>135 South LaSalle Street<br>Chicago, Illinois 60604 | Checking Account full ownership interest | xx0788 | $ 0.00 |
| Bank of America<br>135 South LaSalle Street<br>Chicago, Illinois 60604 | Checking Account one-half joint tenancy interest with spouse | xxxxxxxx1077 | $ 5,000.00 |
| Webster<br>**Azulay, Horn & Seiden, LLC<br>c/o Stanley J. Horn, Esq.<br>140 South Dearborn St., Suite 310<br>Chicago, Illinois 60603 | Investment with former law partners 1/3 interest | unknown | unknown |
| Senior Lifestyle 06<br>**Azulay, Horn & Seiden, LLC<br>c/o Stanley J. Horn, Esq.<br>140 South Dearborn St., Suite 310<br>Chicago, Illinois 60603 | Investment with former law partners 1/3 interest | unknown | $ 10,000.00 |

| Description/Location | Type/interest | Last four Digits of Account Number | Total Amount |
|---|---|---|---|
| Partnership Lifestyle **Azulay, Horn & Seiden, LLC c/o Stanley J. Horn, Esq. 140 South Dearborn St., Suite 310 Chicago, Illinois 60603 | Investment with former law partners 1/3 interest | unknown | unknown |
| Partnership Lifestyle **Azulay, Horn & Seiden, LLC c/o Stanley J. Horn, Esq. 140 South Dearborn St., Suite 310 Chicago, Illinois 60603 | Investment with former law partners 1/3 interest | unknown | unknown |
| Lombard II **c/o Y. Judd Azulay, Esq. 203 N. LaSalle, Suite 1550 Chicago, Illinois 60601 | Investment with former law partners 1/3 interest | unknown | $ 15,700.00 |
| Lombard II **c/o Y. Judd Azulay, Esq. 203 N. LaSalle, Suite 1550 Chicago, Illinois 60601 | Investment with former law partners 1/3 interest | unknown | $ 966.69 |
| | | *TOTAL | $ 56,679.69 |

*Plus unknown amounts.

**Y. Judd Azulay, Esq., one of the former partners of Azulay, Horn & Seiden, LLC (the "Law Firm"), has asserted an adverse secured claim against the accounts of the Law Firm. On or about August 18, 2010, JPMorgan Chase Bank, N.A. (the "Bank") made a loan to the Law Firm in the original principal amount of $190,000.00. As security for the repayment of this loan, the Bank was granted a security interest in all of the chattel paper, accounts and general intangibles of the Law Firm. On March 2, 2012, the Bank made a demand upon the Law Firm for the payment of all of the outstanding indebtedness owed by the Law Firm to the Bank. In response to this demand, Y. Judd Azulay, Esq. paid the Bank the amount of $74,883.64 which was the entire outstanding balance due to the Bank on the loan. Mr. Azulay contends that he is subrogated to the Bank's rights with respect to this collateral. After allowance for certain credits, a balance of $24,562.92 plus interest and costs of collection is alleged as remaining due and owing to Mr. Azulay.

See also Schedule C.

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-4
## HOUSEHOLD GOODS AND FURNISHINGS
## INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT

Mr. Seiden owns a one-half joint tenant interest in the following household goods, furnishings, audio, video and computer equipment. The other one-half joint tenant interest is owned by Mr. Seiden's wife, Rochelle Jo Seiden.

Master Bedroom: 1 queen bed, 2 sidestands, 1 love seat, 1 mirrored chest, 1 coffee table, 2 sidestands, 1 large wall mirror

Bedroom 1: 1 double bed with headboard, 1 small dressing table, 1 love seat, 1 chest/tv stand

Bedroom 2: 1 double bed, 1 3-drawer chest, 1 chair, 1 40" flat screen tv

Bedroom 3: 2 twin beds, 1 crib

Kitchen: 1 32" flat screen tv, various dishes, flatwear, pots, pans and cooking/serving pieces, 1 glass kitchen table, 3 stools, 6 kitchen chairs

Dining Room: 1 breakfront, 1 granite dining room table, 10 chairs, 1 large wall mirror

Loft: 1 leather couch with matching chair, 1 breakfront tv stand, 1 40" flat screen tv, 1 small glass breakfront

Living Room: 1 breakfront, 1 glass table, 1 game table with four chairs, 2 side chairs, 1 storage cabinet, 1 60" flat screen tv

Office: built-in storage shelves, 3 small service tables, 2 sidestands, 2 desks with matching cabinet, 2 storage cabinets, 1 40" flat screen tv, 2 small desk lamps, 2 leather office chairs, 2 leather chairs, 3 small sectional carpets, 1 carpet

Basement: 1 sectional sofa, 1 32" old style projection tv, 1 amplifier, 1 tuner, 1 radio tuner, 1 sectional leather couch, 1 small glass table, 1 formica dining breakfront

Patio: 2 patio tables with umbrella, 6 patio chairs, 2 patio recliners, 2 plastic patio chairs, 1 natural gas BBQ grill

Audio/Video Equipment: Bose Ihome Blue Tooth speakers, iHome radio, 1 32" Sharp flat screen television, 3 40" Sharp flat screen televisions, 1 60" Sharp flat screen television, 1

32" Mitsubishi old-style projection television, 1 Kenwood amplifier, 1 Kenwood tuner, 1 Kenwood radio tuner, 1 AIWA radio CD player

Other: garden tools including a power washer

The value of these items is undetermined.

See also Rider to Schedule B-28 and Schedule C

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-5
## BOOKS, PICTURES, OTHER ART OBJECTS
## AND OTHER COLLECTIONS OR COLLECTIBLES

Mr. Seiden owns a one-half joint tenant interest in the following pictures, artwork and collectibles.  The other one-half joint tenant interest is owned by Mr. Seiden's wife, Rochelle Jo Seiden.

> 1 Charles Bragg Lithograph, 1 K. Cubist painting, 5 wall art pieces, 30 bottles of wine, 1 fake Picasso, and collection of family photographs

The value of these items is undetermined.

See also Schedule C

In Re: Glenn Seiden
U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division
Case No. 14-32989

## RIDER TO SCHEDULE B-8
## FIREARMS AND SPORTS, PHOTOGRAPHIC AND OTHER HOBBY EQUIPMENT

Mr. Seiden is a federal court lawyer who concentrates in the area of criminal law. It is a crime under federal law for a defendant to possess a firearm while proceedings are pending against him or her. To avoid violations of federal law, Mr. Seiden took possession of the following firearms for the benefit of his clients:

| | | |
|---|---|---|
| Ruger P95DC 9 mm | semi-auto pistol | 314-34642 |
| AMT .380 9 mm (back up) | semi-auto pistol | D03343 |
| Blackhawk .357 Magnum | revolver | SN68156 |
| Colt .38 | official police revolver | 702152 |
| Sport King .22 Long Rifle | semi-auto pistol | G07749 |
| S&W .357 Magnum | revolver | MOD 19-3 |
| Remington .12 Gauge | semi-auto shotgun | 11-87 PC 214707 |
| High Standard .12 Gauge | pump shotgun | 3222017 |

None of these firearms were ever reclaimed by the Debtor's clients and now belong to the Debtor. The value of these firearms is undetermined.

Mr. Seiden owns a one-half joint tenancy interest in the following sports, photographic and other hobby equipment. The other one-half joint tenancy interest is owned by Mr. Seiden's wife, Rochelle Jo Seiden.

Sports Equipment: 1 set of golf clubs, 1 elliptical workout machine, 1 stationery machine, 1 rowing machine, 1 handball racket, various baseball bats and balls

Photographic equipment: 3 Polaroid cameras, 1 Kodak folding camera, 1 B&H 8mm movie camera

The value of these items is undetermined.

In Re: Glenn Seiden
U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division
Case No. 14-32989

## RIDER TO SCHEDULE B-9
## INTERESTS IN INSURANCE POLICIES

Mr. Seiden owns the following life insurance policies:

| Description | Surrender or Refund Value |
|---|---|
| Policy #XX XX5 225<br>Prudential Life Insurance<br>213 Washington St.<br>Newark, NJ 07102<br>Type: Term<br>Owner: Glenn Seiden<br>Insured: Glenn Seiden<br>Beneficiaries: Spouse and Grandchildren | $1,500,000.00<br>Cash Surrender Value:  $0.00 |
| Policy #XXXXXX2935<br>Company:   Lincoln Benefit Life<br>Address:<br><br>Type: Whole Life<br>Owner: Glenn Seiden<br>Insured: Glenn Seiden<br>Beneficiaries: Spouse and Family | $300,000.00<br>Cash Surrender Value: $72,000.00 |

The Debtor claims these assets as exempt under 735 ILCS 5/12-1001(f).  See also Schedule C.

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-12
## IRA, ERISA, KEOGH, PENSION OR PROFIT SHARING PLANS

The Debtor owns the following retirement accounts:

| | | |
|---|---|---|
| Morgan Stanley<br>IRA Rollover<br>Account No. 225-166926-347 | $ | 11.00 |
| Morgan Stanley<br>Retirement Management Account<br>Account  No. 225-167592-347 | $ | 67,021.00 |
| Morgan Stanley<br>Portfolio Management Retirement Account<br>Account No. 225-167593-347 | $ | 138,244.00 |
| Morgan Stanley<br>IRA Rollover<br>Account No. 225-167594-327 | $ | 67,345.00 |
| TOTAL | $ | 272,621.00 |

The Debtor claims these assets as exempt under 735 ILCS 5/12-1006(a).

See also Schedule C

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-21
## OTHER CONTINGENT AND UNLIQUIDATED CLAIMS

Pursuant to Illinois Supreme Court Rules 721 and 722, the Debtor has a claim for contribution against the former members of the defunct law firm of Azulay, Horn & Seiden, LLC by reason of the entry of a judgment for legal malpractice entered on June 30, 2014 in favor of Horace Fox, Trustee in bankruptcy for Miriam Draiman, and against the Debtor and others in the amount of $1,920,942.63 plus interest accruing after January 13, 2014 in Case No. 09 L 4040 pending in the Circuit Court of Cook County, Illinois.

The Debtor's former law firm, Azulay, Horn & Seiden, LLC, has a complaint for declaratory judgment pending against one of the firm's former members, Stanley J. Horn, in Case No. 2007-CH-31924 in the Circuit Court of Cook County, Illinois.

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-23
## LICENSES, FRANCHISES AND OTHER GENERAL INTANGIBLES

The Debtor holds licenses to practice law in the following courts:

      A.      State of Illinois, Law License No. #2543761;

      B.      U.S. Court of Appeals for the Second, Fifth, Seventh, Eighth and Ninth Circuits;

      C.      U.S. Tax Court; and

      D.      U.S. Supreme Court.

The value of these licenses is undetermined.

In Re: Glenn Seiden
U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division
Case No. 14-32989

## RIDER TO SCHEDULE B-25
## AUTOMOBILES, TRUCKS, TRAILERS
## AND OTHER VEHICLES AND ACCESSORIES

The Debtor owns the following motor vehicles:

| Description | Vehicle Identification No. | Value |
|---|---|---|
| 2006 RX 330 Lexis | 2T2HA31U56CO88072 | undetermined |
| 2014 Chrysler 200 Convertible | 1C3BCBFG8DN696619 | undetermined |

The Debtor also leases a 2014 Mercedes E350 Convertible, Vehicle Identification No. WDDKK5KF6EF229410.

See also Schedules C, D and G.

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-28
## OFFICE EQUIPMENT FURNISHINGS AND SUPPLIES

Mr. Seiden owns 1 leather chair, 1 storage cabinet, 1 desk and matching 3-drawer cabinet, 1 desk lamp, 1 Viao lap top, 1 HP 6700 printer, 1 Epson 400 printer, 1 set Bose headphones, 1 Dell M700 lap top, 1 iPod and 2 cell phones.

The value of these items is undetermined.

See also Rider to Schedule B-4 and Schedule C

**In Re: Glenn Seiden**
**U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division**
**Case No. 14-32989**

## RIDER TO SCHEDULE B-35
## OTHER PERSONAL PROPERTY

Mr. Seiden owns the following additional personal property:

      1 Lionel Train Set
      1 Old tape recorder
      1 Wine Cooler

The value of these items is undetermined.

B6C (Official Form 6C) (04/13)

In re  Glenn Seiden _____,         Case No. _____14-32989_____
          *Debtor*                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☑ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $155,675.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| One-half tenant by the entirety interest in single-family residence located at 2050 Clavey Road, Highland Park, IL | Debtor claims one-half tenant by the entirety interest as exempt and pursuant to 735 ILCS 5/12-901 $15,000.00 of any equity in his residence . See also Schedule A | 150,000.00 | 150,000.00 |
| IRA Retirement Plans | Debtor claims his retirement accounts as exempt pursuant to 735 ILCS 5/12-1006(a) See also Rider to Schedule B-12 | 272,621.00 | 272,621.00 |
| Social Security Benefits | Debtor claims as exempt under 735 ILCS 5/12-1001(g)(1) his social security benefits | undetermined | undetermined |
| Banking Account | Debtor claims as exempt pursuant to 735 ILCS 5/12-1001(b) $4,000.00 of his interest in the Bank of America Checking Account No. XXXXXXXX1077 listed on the Rider to Schedule B-2 | 4,000.00 | 56,679.69 |
| Debtor's Wardrobe | Debtor claims as exempt pursuant to 735 ILCS 5/12-1001(a) his necessary wearing apparel See also Schedule B-6 | | |
| Debtor's Car | Debtor claims as exempt under 735 ILCS 5/12-1001(c) $2,400.00 of any equity in his 2006 RX 330 Lexis See also Rider to Schedule B-25 | 2,400.00 | undetermined |
| Computer and Office Equipment | Debtor claims as exempt pursuant to 735 ILCS 5/12-1001(b) $1,500.00 of value in the computer, printer and desk scheduled on the Riders to Schedule B-4, B-28 and B-29 | undetermined | undetermined |
| Family Pictures | Debtor claims as exempt under 735 ILCS 5/12-1001(a) the family pictures scheduled at Schedule B-5 | undetermined | undetermined |
| Insurance Policies | Debtor claims as exempt pursuant to 735 ILCS 5/12-1001(f) the insurance policies scheduled on the Rider to Schedule B-9 | 72,000.00 | 72,000.00 |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  Glenn Seiden                              ,          Case No.  14-32989
                Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 236713734 <br><br> Alliant Credit Union <br> PO Box 66945 <br> 11545 W. Touhy <br> Chicago, IL 60666 | X | J | October 2010 <br> home <br> 1,200,000.00 <br><br> VALUE $ | | | | 897,437.42 | |
| ACCOUNT NO. <br><br> Y. Judd Azulay, Esq. <br> 203 N. LaSalle, Suite 1550 <br> Chicago, Illinois 60601 | | H | September 5, 2012 <br> Value: $24,562.92 <br> plus interest and c <br><br> VALUE $ | | | | chattel paper, accounts and general intangibles of Azulay, Horn & Seiden, LLC | unknown |
| ACCOUNT NO. <br><br> Bank of America <br> PO Box 15220 <br> Wilmington, DE 19886 | | H | 2014 Chrysler convertible <br><br> VALUE $ | | | | 23,500.00 | 1,500.00 |

<u>  1  </u>  continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $ 920,937.42 | $ 1,500.00 |
| $ | $ |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

2

In re  Glenn Seiden                                  ,    Case No.   14-32989
        **Debtor**                                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Mercedes-Benz Financial Services <br> c/o Autohaus on Edens <br> 1600 Frontage Road, <br> Northbrook, IL 60062 | | H | Lease for 2014 Mercedes E350 Convertible <br><br> VALUE $ | | | | undetermined | undetermined |
| ACCOUNT NO. | | H | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ undetermined | $ undetermined

Total(s) ▶
(Use only on last page)

$ 920,937.42* | $ 1,500.00*

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*plus unknown and/or undetermined amounts

B6E (Official Form 6E) (04/13)

In re  Glenn Seiden                                          Case No.  14-32989
_____                                  _____
            Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

**In re**  Glenn Seiden                                  ,    **Case No.**  14-32989
_____                 _____
            *Debtor*                                              *(if known)*


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


                                        1    continuation sheets attached
                                     _____

B6E (Official Form 6E) (04/13) − Cont.

In re   Glenn Seiden                                    ,        Case No.   14-32989
            *Debtor*                                                          *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>City of Highland Park<br>Finance Department<br>1707 St. Johns Ave.<br>Highland Park, IL 60035 | | | | | | | unknown | | |
| Account No.<br><br>Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | | 16,122.48 | | |
| Account No.<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | | | | | | | 3,764.68 | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)                   $ 19,887.16*        $

Total➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)                   $ 19,887.16*

Totals➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)                   $ 19,887.16*        $ unknown

## *plus unknown amounts

B 6F (Official Form 6F) (12/07)

In re __Glenn Seiden_____,    Case No. __14-32989_____
            **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxx1000 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA  90096 | | H | | | | | undetermined |
| ACCOUNT NO. xxxxxxx1008 <br><br> American Express <br> Box 0001 <br> Los Angeles, CA  90096 | | H | | | | | undetermined |
| ACCOUNT NO. <br><br> Bank Americard <br> PO Box 851001 <br> Dallas, TX  75285 | | H | | | | | 14,195.88 |
| ACCOUNT NO. <br><br> Barone & Jenkins. P.C. <br> 635 Butterfield Road <br> Suite 145 <br> Oakbrook Terrace, IL 60181 | | H | | | | | 5,000.00 |
| | | | | | | Subtotal▶ | $ 19,195.88* |
| **2** _____continuation sheets attached | | | Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

*plus undetermined amounts

B 6F (Official Form 6F) (12/07) - Cont.

In re  Glenn Seiden                                     ,        Case No.  14-32989
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Capital One<br>PO Box 6492<br>Carol Stream, IL  60197 | | H | | | | | 4,822.00 |
| ACCOUNT NO.<br><br>Chase<br>Cardmember Services<br>PO Box 15153<br>Wilmington, DE  19886 | | H | | | | | 49,624.00 |
| ACCOUNT NO.<br><br>Sarah Collins, Esq.<br>c/o Michael C. Bruck, Esq.<br>233 S. Wacker, Suite 6100<br>Chicago, IL 60606-6359 | | H | claim for indemnification | | | | disputed |
| ACCOUNT NO.<br><br>Dermatology Partners of the North Shore, L.L.C.<br>400 Skokie Blvd., Suite 475<br>Northbrook, IL 60062 | | H | | | | | 384.40 |
| ACCOUNT NO.<br><br>William Fowler<br>PO Box 161<br>Highwood, IL  60040 | | H | | | | | 170.00 |

Sheet no. 1 of 2 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $
**55,000.40\***

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**\*plus disputed amounts**

B 6F (Official Form 6F) (12/07) - Cont.

In re  Glenn Seiden_____,    Case No.  14-32989_____
              **Debtor**                                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Case No. 2009-L-4040<br><br>Horace J. Fox, Trustee<br>Estate of Miriam Draiman<br>c/o Kenneth J. Ashman, Esq.<br>55 W Monroe St #2650<br>Chicago, IL 60603 | | H | June 30, 2014 judgment for $1,920,842.63 currently being appealed | | | | Disputed |
| ACCOUNT NO.  Case No. 2010-M3-004333<br><br>Griffin & Gallagher, LLC<br>10001 S. Roberts Rd.<br>Palo Hills, IL 60465 | | H | | | | | Disputed |
| ACCOUNT NO.<br><br>Hinshaw & Culbertson LLP<br>222 North LaSalle Street<br>Suite 300<br>Chicago, IL 60601 | | H | | | | | 23,000.00 |
| ACCOUNT NO.<br><br>Stanley Horn, Esq.<br>Horn & Villasuso<br>205 N. Michigan Ave., 40th Floor<br>Chicago, IL 60601 | | H | | | | | Disputed |
| ACCOUNT NO.<br><br>Azulay, Horn & Seiden, LLC<br>a/k/a AzulaySeiden Law Group<br>205 N. Michigan Ave.<br>40th Floor<br>Chicago, IL 60601 | | H | | | | | unknown |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 23,000.00*

Total➤ $ 97,195.88*
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

*plus undetermined, unknown and/or disputed amounts

B 6G (Official Form 6G) (12/07)

In re  Glenn Seiden                          ,        Case No.    14-32989
                    **Debtor**                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mercedes-Benz Financial Services<br>c/o Autohaus on Edens<br>1600 Frontage Road<br>Northbrook, IL 60062 | Lease for 2014 Mercedes E350 Convertible, Vehicle Identification No. WDDKK5KF6EF229410 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  Glenn Seiden                                    ,          Case No. _____14-32989_____
             **Debtor**                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Rochelle Jo Seiden<br>2050 Clavey Road<br>Highland Park, IL 60035 | Alliant Credit Union<br>PO Box 66945<br>11545 W. Touhy<br>Chicago, IL  60666          Mortgage against Residence |
| Stanley J. Horn, Esq.<br>former member of Azulay, Horn & Seiden, LLC<br>140 South Dearborn St., Suite 310<br>Chicago, IL 60603 | Horace J. Fox, as Trustee of the Estate of Miriam Draiman<br>c/o Kenneth J. Ashman, Esq.<br>Ashman Law Offices, LLC<br>55 W Monroe St #2650<br>Chicago, IL 60603 |
| Y. Judd Azulay, Esq.<br>former member of Azulay, Horn & Seiden, LLC<br>203 N. LaSalle, Suite 1550<br>Chicago, IL 60601 | Horace J. Fox, as Trustee of the Estate of Miriam Draiman<br>c/o Kenneth J. Ashman, Esq.<br>Ashman Law Offices, LLC<br>55 W Monroe St #2650<br>Chicago, IL 60603 |
| Ira Azulay, Esq.<br>former managing member of Azulay, Horn & Seiden, LLC<br>203 N. LaSalle, Suite 1550<br>Chicago, IL 60601 | Horace J. Fox, as Trustee of the Estate of Miriam Draiman<br>c/o Kenneth J. Ashman, Esq.<br>Ashman Law Offices, LLC<br>55 W Monroe St #2650<br>Chicago, IL 60603 |
| Stanley J. Horn, Esq.<br>140 South Dearborn St., Suite 310<br>Chicago, IL 60603 | 100 Roberts Road Business Condo Association<br>c/o Griffin & Gallagher, LLC<br>10001 S. Roberts Rd.<br>Palo Hills, IL 60465 |
| Y. Judd Azulay, Esq.<br>203 N. LaSalle, Suite 1550<br>Chicago, IL 60601 | 100 Roberts Road Business Condo Association<br>c/o Griffin & Gallagher, LLC<br>10001 S. Roberts Rd.<br>Palo Hills, IL 60465 |
| Vivian R. Khalaf, Esq.<br>Khalaf & Abuzir, LLC<br>10003 S. Roberts Road<br>Palos Hills, IL 60465 | 100 Roberts Road Business Condo Association<br>c/o Griffin & Gallagher, LLC<br>10001 S. Roberts Rd.<br>Palo Hills, IL 60465 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Glenn Seiden |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case number (if known) | **14-32989** |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

<u>Official Form B 6I</u>

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | Attorney | General Office Consultant |
| **Employer's name** | Seiden Law Group, P.C. | Seiden Law Group, P.C. |
| **Employer's address** | 115 South LaSalle St. | 115 South LaSalle St. |
| | Number    Street | Number    Street |
| | Suite 2600 | Suite 2600 |
| | | |
| | Chicago, IL | Chicago, IL |
| | City          State    ZIP Code | City          State    ZIP Code |
| **How long employed there?** | 2.5 years | ? |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 23,268.00 | $ 1,000.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 23,268.00 | $ 1,000.00 |

| Debtor 1 | Glenn Seiden | | Case number *(if known)* | **14-32989** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................ → | 4. | $ 23,268.00 | $ 1,000.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 6,000.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 6,000.00 | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 17,268.00 | $ 1,000.00 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 94.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 2,395.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ |
| 8h. | Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 2,489.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 19,757.00 | + $ 1,000.00 = $ 20,757.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____                                                                                      11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 20,757.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Glenn | | Seiden |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    Northern District of Illinois

Case number    **14-32989**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:    Describe Your Household

**1. Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

☐ No
☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**

Do not list Debtor 1 and
Debtor 2.

Do not state the dependents'
names.

☐ No
☑ Yes. Fill out this information for
each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 65 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include
expenses of people other than
yourself and your dependents?**

☐ No
☑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value
of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

|  | | Your expenses |
|---|---|---|
| **4. The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $_____ 5,137.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $_____ 2,000.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $_____ 433.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $_____ 400.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $_____ 0.00 |

Official Form B 6J    Schedule J: Your Expenses    page 1

| Debtor 1 | Glenn | | Seiden | | Case number (if known) | **14-32989** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ | |
| 6. **Utilities:** | | | |
| 6a. Electricity, heat, natural gas | 6a. | $ | 350.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ | 120.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 257.00 |
| 6d. Other. Specify: | 6d. | $ | |
| 7. **Food and housekeeping supplies** | 7. | $ | 350.00 |
| 8. **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ | 150.00 |
| 10. **Personal care products and services** | 10. | $ | 450.00 |
| 11. **Medical and dental expenses** | 11. | $ | 500.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 100.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 800.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ | |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| 15a. Life insurance | 15a. | $ | 860.00 |
| 15b. Health insurance | 15b. | $ | 1,600.00 |
| 15c. Vehicle insurance | 15c. | $ | 175.00 |
| 15d. Other insurance. Specify: | 15d. | $ | |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. **Installment or lease payments:** | | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ | 500.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ | |
| 17c. Other. Specify: Monthly credit card payments | 17c. | $ | 3,500.00 |
| 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form B 6I). | 18. | $ | 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| 20a. Mortgages on other property | 20a. | $ | 0.00 |
| 20b. Real estate taxes | 20b. | $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |

| Debtor 1 | Glenn | | Seiden | | Case number (*if known*) | 14-32989 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

21. **Other**. Specify: _Religious Contributions_                     21.  +$ _____ 100.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                          22.  $ _____ 17,782.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $ _____ 20,757.00

    23b. Copy your monthly expenses from line 22 above.            23b.  –$ _____ 17,782.00

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                 23c.  $ _____ 2,975.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☑ Yes.     Explain here:   Real Estate taxes

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Glenn Seiden_____ ,        Case No. ____**14-32989**_____
　　　　　　Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date ____*9/9/14*_____        Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date _____        Signature: _____
　　　　　　　　　　　　　　　　　　　　　　　　　(Joint Debtor, if any)

　　　　　　　　　　　　　　　　[If joint case, both spouses must sign.]

------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

　　　I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                        *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.