UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-32989 |
| GLENN SEIDEN, | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor(s) | ) | |

## ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

Debtor's counsel is directed, by July 7, 2015 to serve on all creditors a copy of this Order and to file proof of service with the Clerk.

An order for relief was entered on September 10, 2014.

FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE

(a) Claims of any governmental unit that arose prior to the case filing date are to be filed on or before October 5, 2015. This date must not be earlier than one hundred seventy-nine (179) days after the order for relief.

(b) All other claims that arose prior to the case filing date are to be filed by September 5, 2015.

All claims must be filed with the Court electronically or at the following address: Clerk of the U.S. Bankruptcy Court, 219 South Dearborn Street, Room 713, Chicago, Illinois 60604.

If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution. However, under the law some parties need not file claims. See 11 U.S.C. § 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 30, 2015

**Prepared by:**

Mark J. Rose, Esq.
Law Offices of Mark J. Rose
200 W. Adams Street, Suite 2850
Chicago, Illinois 60606
312.704.1446
MJRoseEsq@aol.com